814

No. 88–1924. LaMon et ux. v. Butler et al. Sup. Ct. Wash. Certiorari denied. ▮

No. 88–1926. Eldredge v. Utah. Sup. Ct. Utah. Certiorari denied. ▮

No. 88–1927. Erickson v. City of Webster Groves. Ct. App. Mo., Eastern Dist. Certiorari denied. ▮

No. 88–1928. Tyler v. United States. Ct. Mil. App. Certiorari denied. ▮

No. 88–1930. Martinez v. United States. Ct. Mil. App. Certiorari denied. ▮

No. 88–1933. Constant v. Advanced Micro-Devices, Inc., et al. C. A. Fed. Cir. Certiorari denied. ▮

No. 88–1936. Newell Cos., Inc. v. Kenney Manufacturing Co. C. A. Fed. Cir. Certiorari denied. ▮

No. 88–1939. New England Newspapers, Inc., dba Pawtucket Evening Times v. Healey. Sup. Ct. R. I. Certiorari denied. ▮

No. 88–1940. Signa Development Corp., fka Signa Investments, Inc. v. Fayette County, Georgia, et al. Sup. Ct. Ga. Certiorari denied. ▮

No. 88–1944. Arzanipour v. Immigration and Naturalization Service. C. A. 5th Cir. Certiorari denied. ▮

No. 88–1945. Atlas Paper Box Co. v. Equal Employment Opportunity Commission. C. A. 6th Cir. Certiorari denied. ▮

No. 88–1946. Templin v. Weisgram et al. C. A. 5th Cir. Certiorari denied. ▮

No. 88–1947. Intertribal Council of Nevada, Inc. v. Lujan, Secretary of the Interior, et al. C. A. 9th Cir. Certiorari denied. ▮